Pistotnik Law Offices LLC
2831 E. Central
Wichita, KS 67214
316-689-8035, 316-683-4692 fax
Attorney for Plaintiff
brianpistotnik@pistotniklaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT WICHITA, KANSAS**

| | |
|---|---|
| LOUISSAINT VERTILUS,   )  | |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | Case No.: |
| WAL-MART STORES, INC.,   ) | |
|     Defendant.   ) | |
| _____) | |

## COMPLAINT

COMES NOW the plaintiff Louissaint Vertilus, by and through counsel, Brian D. Pistotnik of Pistotnik Law Offices, LLC and for his claims against the defendant alleges and states as follows:

1. The plaintiff is a resident of the State of Kansas, residing in Topeka, Shawnee County, Kansas.

2. Defendant Wal-Mart Stores, Inc., is a Delaware corporation with a principal place of business in Bentonville, Arkansas and may be served through The Corporation Company, Inc., 112 S.W. 7th Street, Suite 3C, Topeka, Kansas 66603.

3. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The amount in controversy is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

4. On or about the 27th day of April, 2019, the plaintiff was a business customer at a Wal-Mart Store located at 3030 N. Rock Road in Wichita, Sedgwick County, Kansas.

5. As Louissant Vertilus was shopping in the store, he encountered a pink liquid on the floor in the grocery department on the aisle where spaghetti is located. He didn't observe the liquid until after the incident.   He stepped on the liquid and twisted his leg. This incident caused bodily injury to him.

6. Wal-Mart knew or should have known of the dangerous liquid on the floor prior to plaintiff encountering the area and had been put on notice of the spill prior to the incident.

6. Defendant Wal-Mart Stores, Inc., actions and omissions were negligent and careless and include:

A. Failing to warn of the dangerous wet floor;

B. Failure to clean up the wet floor;

C. Negligently taking too much time after being put on notice of a spill to take action to clean the spill;

D. Operating the store with a negligent mode of operation relative to spills in the store;

E. Negligent actions by employees regarding the manner in which the spill was being handled;

F. Failing to inspect for and clean the spill, despite the presence of a store employee near the location of the spill;

G. Other acts or omissions that will be supplemented after discovery is complete;

7. As a further direct and proximate result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff has received injuries to his right knee and leg (surgically treated) and he was otherwise injured. He has been damaged with pain and suffering, mental

anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, permanent disability, and non-economic losses of all types.  Plaintiff will suffer those same damages in the future.  For the aforementioned damages, the plaintiff has been damaged in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

8.  Plaintiff's spouse Ceralise Vertilus Deshommes suffered a loss of consortium due to plaintiff's injuries.

WHEREFORE, the plaintiff prays for judgment against the defendant Wal-Mart Stores, Inc., in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) for costs incurred herein, and for such other and further relief as the Court deems just and equitable.

PISTOTNIK LAW OFFICE LLC

s/ Brian D. Pistotnik
Brian D. Pistotnik, #13396
2831 East Central
Wichita, Kansas 67214
(316) 689-8035
brianpistotnik@pistotniklaw.com

## **DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL**

COMES NOW the plaintiff and demands a Pretrial Conference and a trial by jury.

PISTOTNIK LAW OFFICE LLC

s/ Brian D. Pistotnik
Brian D. Pistotnik, #13396
2831 East Central
Wichita, Kansas 67214
(316) 689-8035
(316) 683-4692
brianpistotnik@pistotniklaw.com

## DESIGNATION FOR PLACE OF TRIAL

The plaintiff designates Wichita, Kansas as the place for trial.

                                              Pistotnik Law Office LLC

                                              s/ Brian D. Pistotnik
                                              Brian D. Pistotnik, #13396
                                              2831 East Central
                                              Wichita, Kansas 67214
                                              (316) 689-8035 (office)
                                              (316) 683-4692 (fax)
                                              brianpistotnik@pistotniklaw.com